UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **JONATHAN JONES**<br>    *Plaintiff,* | §<br>§<br>§ | |
| v. | §<br>§ | CIVIL ACTION NO. 4:23-CV-3538 |
| **I.Q. DATA INTERNATIONAL, INC.**<br>    *Defendant.* | §<br>§<br>§ | |

## NOTICE OF SETTLMENT

Pursuant to Local Rule 16.3, Plaintiff Jonathan Jones ("Plaintiff") and Defendant I.Q. Data International, Inc. ("Defendant") file this Notice of Settlement and would respectfully show the Court as follows:

1. The parties in the above-captioned case have reached a settlement.

2. Plaintiff anticipates filing a Stipulation of Dismissal *with* prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure within thirty (30) days.

    Respectfully submitted,

    **SERPE ANDREWS, PLLC**

    By: */s/ Lee H. Staley*
        Lee H. Staley
        Attorney-In-Charge
        State Bar No. 24027883
        Federal Bar No. 30072
        lstaley@serpeandrews.com
        Benjamin E. Hamel
        State Bar No. 24103198
        Federal Bar No. 3184927
        bhamel@serpeandrews.com
        Dylan W. Bass
        State Bar No. 241293304
        Federal Bar No. 3821202
        dbass@serpeandrews.com

2929 Allen Parkway, Suite 1600
Houston, Texas 77019
713/452-4400
713/452-4499 fax

**ATTORNEYS FOR DEFENDANT
I.Q. DATA INTERNATIONAL, INC.**

**PLAINTIFF JONATHAN JONES**

By: */s/ Jonathan Jones (w/ permission)*
    Jonathan Jones
    Finessements10473@gmail.com
3410 Zephyr Glen Way
Houston, Texas 77084
(979) 922-4202

**PRO SE PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of December, 2023, a true and correct copy of the above was electronically filed with the court via CM/ECF system and notification of such filing has been sent to the following:

Jonathan Jones
3410 Zephyr Glen Way
Houston, Texas 77084
(979) 922-4202
Finessements10473@gmail.com
*Pro Se Plaintiff*